**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| KATRINA P. PETRINI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SARJU A. NARAN, RACHEL A. GARCIA, | § | |
| LAW FIRM HOGE, FENTON, JONES & | § | |
| APPEL, INC., SIMON GROUP CONSULTING | § | CIVIL ACTION No. 1:24-CV-00202 RP |
| INC., COUNTY OF SANTA CLARA, | § | |
| SUPERIOR COURT OF SANTA CLARA. | § | |
| | § | |
| DOES 1 TO 50. | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' PROPOSED SCHEDULING ORDER**

Pursuant to Local Rule CV-16, and subject to and without waiving their pending motions to dismiss (*see, e.g.*, Dkt. No. 15, Dkt. No. 23 & Dkt. No. 24), Defendants file the proposed scheduling order attached as Dkt. No. 30-1. Defendants Sarju A. Naran; Rachel A. Garcia; Hoge, Fenton, Jones & Appel, Inc.; and Simon Group Consulting Inc. have agreed to the dates in the proposed scheduling order. Plaintiff has not yet agreed or disagreed with the dates.

Respectfully submitted,

SCOTT DOUGLASS & McCONNICO LLP
303 Colorado St., Suite 2400
Austin, Texas 78701
(512) 495-6300 Telephone
(512) 495-6399 Facsimile

By */s/ Anthony Arguijo*
Ryan Squires
Texas State Bar No. 24044951
rsquires@scottdoug.com

Anthony Arguijo
Texas State Bar No. 24079781
aarguijo@scottdoug.com

*Counsel for Sarju A Naran, Rachel A. Garcia, and Hoge Fenton*

## CERTIFICATE OF CONFERENCE

I hereby certify that I circulated the proposed scheduling order to Plaintiff at the email address on record for electronic service on May 21, 2024. I have not yet received a response from Plaintiff. I will continue to confer on this matter to reach an agreement if possible.

*/s/ Anthony Arguijo*
Anthony Arguijo

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify

that, on May 21, 2024, a copy of the foregoing was served via the Court's CM/ECF system.

*/s/ Anthony Arguijo*
Anthony Arguijo

2